Department of Financial and Professional Regulation - License Search     Page 1 of 1



**Illinois Department of Financial & Professional Regulation**

Brent E. Adams, Secretary                                      Pat Quinn, Governor

Agency Quick Links
- IDFPR Home Page
- Información Disponible En Español
- License Look Up
- Physician Profile
- License Renewals
- Latest News
- Discipline Information
- Consumers
- Professionals

Information About
- IDFPR
- Banking
- Financial Institutions
- Professional Regulation
- About IDFPR
- Contact Information
- General FAQs
- Meet the Secretary
- Boards & Committees
- Search IDFPR.com

| Name and Address | | [back] |
|---|---|---|
| Name | Citizens Bank & Trust Company of Chicago | |
| Public Address | Citizens Bank & Trust Company of Chicago<br>5700 North Central Avenue<br>Chicago, IL 60646 | |
| Mail Address | Citizens Bank & Trust Company of Chicago<br>5700 North Central Avenue<br>Chicago, IL 60646 | |

| License and Registration Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| Registration Number | Business Type | Toll Free Phone | Website | First Registration Date | Registration Effective Date | Registration Expiration Date | Status of Annual Registration |
| ISB.0020154 | Corporation | | http://www.citizensbankofchicago.com | 01/27/2000 | 01/27/2000 | 04/23/2010 | RECEIVERSHIP |



EXHIBIT "A"

Copyright 1999 2003, All Rights Reserved by CAVU Corporation