

## Citizens Bank & Trust

5700 N. Central Ave.  Chicago, IL  60646     Phone: 773 - 763-6200   Fax: 773 - 631-3438

November 15, 2007

Mr. Robert C. Michael
Mr. George S. Michael
5680 N. Elston
Chicago, IL 60646

Dear George and Bob,

Citizens Bank & Trust Company hereby elects to exercise its option to renew the lease agreement between Robert C. Michael and George S. Michael and the Bank for a five-year term, beginning October 1, 2007 through September 30, 2013. Per the lease agreement dated September 1997, the base rent for the period beginning October 2007 will be $23,185.48 per month and will escalate by 3% annually.

As part of this renewal the Bank conducted an audit on the lease rental payments over the first five years of the lease and discovered an $18,168.05 shortfall in the rent actually paid. The Bank will pay the shortfall this month in addition to the normal monthly payment of $23,185.48.

Sincerely,

Peter F. Wais
President

EXHIBIT "C"

cc:   Board of Directors
      Nasser Murad


Member FDIC


EQUAL HOUSING LENDER