

September 21, 2010

Mr. George A. Lam
Resolution Receivership Specialist
Federal Deposit Insurance Corporation (FDIC)
200 N. Martingale Road
Schaumburg, Illinois 60173



Dear Mr. Lam:

Pursuant to Section 4.6(b) of the Purchase and Assumption Agreement (P&A) dated April 23, 2010 between the FDIC, as receiver for Citizens Bank and Trust Company of Chicago, and Republic Bank of Chicago (RBC), RBC elects to assume the lease for the bank premises located at 5700 N. Central Avenue, Chicago, IL.

As a result of the election to assume the lease, RBC is also aware that pursuant to Section 4.6(f) of the P&A, that we will be purchasing the Furniture, Equipment and Fixtures.

Please contact me if you have any questions or need further information.

Sincerely,

Thomas M. Longino
Executive Vice President/CFO & COO

TML:ims

**Republic Bank**
2221 Camden Court, Floor 1, Oak Brook, IL 60523
phone: 630.570.7700  fax: 630.928.1479
republicEbank.com

