

Founded 1936 ~ Stephen L. Ruff

222 North LaSalle Street, Suite 700
Chicago, Illinois 60601
Phone: (312) 263-3890
Fax: (312) 263-1345
www.rwrlaw.com

Edward P. Freud
Direct: (312) 602-4890
epfreud@rwrlaw.com

January 31, 2012

U.S. CERTIFIED MAIL

R&G Properties
Mr. Robert C. Michael
Mr. George S. Michael
6317 N. Milwaukee Avenue
Chicago, IL 60646-6530

EXHIBIT "E"

RE: 5700 N. Central Avenue,
    Chicago, IL

Gentlemen:

Please be advised that the undersigned is a director of Republic Bank of Chicago ("Republic Bank") as well as its attorney and agent. Reference is made to that certain Store Lease dated September 1997 by and between Robert C. Michael and George S. Michael, (collectively "Lessor") and Citizens Bank & Trust Company, ("Lessee") together with the Rider to Lease (collectively the "Lease"). The Lease concerns the real property and improvements thereon commonly known as 5700 N. Central Avenue, Chicago, IL (the "Premises").

Republic Bank is the current tenant of the Premises and the successor in interest to the Federal Deposit Insurance Corporation ("FDIC"), as Receiver of Citizens Bank & Trust Company, a failed bank, pursuant to a Purchase and Assumption Agreement by and between Republic Bank and the FDIC dated April 23, 2010.

As Lessor, you are hereby notified by Republic Bank that pursuant to paragraph 24 of the Lease, Republic Bank hereby elects to exercise its Option to Purchase the Premises in accordance with the Lease on the terms set forth therein. The closing date, as specified in paragraph 24(b)(i) of the Lease, shall be on the date that the current term expires, i.e. September 30, 2012.

0961-22800 237762.1



Please provide written confirmation of the receipt of this correspondence, and please also provide written confirmation of Lessor's intent to comply with all Lease provisions relating to the Option to Purchase, including but not limited to paragraph 24 of the Lease.

If for any lawful reason Republic Bank and/or Lessor is unable to consummate the Option to Purchase the Premises, in the alternative, Republic Bank elects to extend the lease term in accordance with the Option to Renew pursuant to paragraph 23 of the Lease.

I look forward to hearing from you in reference to the foregoing.

Very truly yours,

RUFF, WEIDENAAR & REIDY, LTD.

Edward P. Freud

EPF/vik

cc: Aristotle Halikias
    Robert M. Charal
    William Sperling
    Steven J. Colompos

0961-22800 237762.1