LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

EUGENE CRANE
GLENN R. HEYMAN
ARTHUR G. SIMON
DAVID K. WELCH
SCOTT R. CLAR
JEFFREY C. DAN

~~JOHN H. REDFIELD~~

SUITE 3705
135 SOUTH LASALLE STREET
CHICAGO, ILLINOIS 60603-4297

(312) 641-6777
FAX (312) 641-7114

LANDON L. CHAPMAN (1930-1979)

February 23, 2012

**Via Regular Mail**
**Via E-Mail Transmission**: epfreud@rwrlaw.com

Edward P. Freud
Ruff, Weidenaar & Reidy, Ltd.
222 N. LaSalle Street, Suite 700
Chicago, IL 60601

EXHIBIT "F"

Re:   R&G Properties

Dear Ed:

As you know, this law firm represents R&G Properties ("Debtor") in its pending Chapter 11 case. The Debtor has requested that I respond to your two (2) prior letters dated January 31, 2012, and February 21, 2012, wherein Republic Bank of Chicago ("Bank") attempts to exercise an option to purchase the property commonly know as 5700 North Central Avenue, Chicago, Illinois ("Property"). As you know, the option to purchase is embodied in a Rider to a Lease originally with Citizens Bank & Trust. Please direct all future communications with respect to this option to me as Debtor's Counsel.

Noticeably absent from your letters on behalf of the Bank is the purchase price for the Property. Under the Lease, since the parties are in the third term of the Lease (second renewal term), the purchase price for the Property is to be determined "by taking the mathematical average of two independent, certified appraisals on the value of the Property plus all improvements, prepared by certified appraisers mutually agreed to by both Lessee and Lessor." The Bank has yet to discuss the retention of two (2) appraisers mutually agreeable to the parties. I suspect that is the reason that your letters are silent as to a purchase price for the Property. In any event, the Bank's attempted exercise of the option and setting of a closing date in September 2012 is ineffective and certainly premature without the appraisals.

If the Bank is serious about purchasing the Property, please contact me to discuss the appraisal process and the scheduling of a closing date.

Very truly yours,

CRANE, HEYMAN, SIMON, WELCH & CLAR

By:   /s/ David K. Welch
      David K. Welch
DKW/gb