

**Ruff Weidenaar & Reidy** LTD

Founded 1936 ~ Stephen L. Ruff

222 North LaSalle Street, Suite 700
Chicago, Illinois 60601
Phone: (312) 263-3890
Fax: (312) 263-1345
www.rwrlaw.com

Edward P. Freud
Direct: (312) 602-4890
epfreud@rwrlaw.com

March 19, 2012

22800

Mr. David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street
Suite 3705
Chicago, IL 60603



EXHIBIT "G"

RE: R&G Properties
    5700 N. Central Avenue,
    Chicago, IL

Dear Mr. Welch:

This letter is in response to your correspondence of February 23, 2012. In that letter, on behalf of your client R&G Properties, you acknowledge the right of Republic Bank, as Lessee, to exercise the Option to Purchase the subject property commonly known as 5700 N. Central Avenue, Chicago, IL, but your client contends that "since the parties are in the third term of the Lease (second renewal term)" the purchase price is to be determined by taking the average of two certified appraisals prepared by appraisers mutually agreeable to both Lesser and Lessee.

Republic Bank finds no factual support for your client's position that the parties are in the second renewal term. Indeed, no documentation has been tendered by your client in support of that assertion, which is directly contrary to the Lease and the Rider.

Specifically, the Lease clearly provides that the Lease Term begins on October 1, 2002 and ends on September 30, 2007. This is the original lease term. The Rider, paragraph 23(B) provides that each renewal term shall be on the same terms as the original lease term, i.e. five years. Thus, the first renewal term was from October 1, 2007 through September 30, 2012. Republic Bank timely and properly exercised its Option to Purchase by correspondence to the Lessor dated January 31, 2012, more than six months prior to the expiration of the first lease term as required by Section 24(a) of the Rider.

0961-22800 239056.1



**Ruff Weidenaar & Reidy** LTD

It is important to note that Section 24(a) of the Rider provides for a fixed purchase price in the amount of $1,500,000.00 during the first renewal term. Accordingly, Republic Bank was not required to tender an appraisal with its Option to Purchase as asserted in your February 23, 2012 letter.

Finally, your letter argues that the Option to Purchase "is ineffective and certainly premature without the appraisals". For the reasons set forth above, Republic Bank sharply disagrees with the foregoing. In addition, even if the parties had been in the second renewal term (which they were not) it would have been impossible to tender a proper appraisal in accordance with the terms of the Rider as the appraisers must first be mutually agreed upon by both Lessee and Lessor.

Republic Bank therefore demands that the parties move forward to a closing on or about September 30, 2012 on the terms as set forth in the Lease and Rider.

Very truly yours,

RUFF, WEIDENAAR & REIDY, LTD.

Edward P. Freud

EPF/vik

0961-22800 239056.1