LAW OFFICES
## FIGLIULO & SILVERMAN
A PROFESSIONAL CORPORATION

TEN SOUTH LASALLE STREET
SUITE 3600
CHICAGO, ILLINOIS 60603

TELEPHONE
(312) 251-4600

FACSIMILE
(312) 251-4610

WWW.FSLEGAL.COM

Michael K. Desmond
(312) 251-5287
mdesmond@fslegal.com

September 19, 2012

**VIA MESSENGER DELIVERY AND E-MAIL**

Edward P. Freud
Ruff Weidenaar & Reidy Ltd.
222 N. LaSalle St.
Suite 700
Chicago, IL  60601



Re:   *In re R&G Properties*; Case No. 09-37463
      5700 N. Central Ave.
      Chicago, IL

Dear Ed:

As you are aware, I have been appointed as the Chapter 11 Trustee for R&G Properties, Case No. 09-37463 ("the Debtor"). Reference is made to the lease dated September, 1997 between Citizen's Bank & Trust ("Lessee") and Robert C. Michael and George S. Michael ("Lessor") for the property located at 5700 N. Central, Chicago ("Premises"). My understanding is that Republic Bank of Chicago ("Republic Bank") contends it is the current tenant of the property pursuant to a Purchase and Assumption Agreement entered into with the Federal Deposit Insurance Corporation ("FDIC") dated April 23, 2010.

I am in receipt of your letter dated January 31, 2012, wherein your client Republic Bank has served notice of its attempt to exercise the Option to Purchase the Premises pursuant to paragraph 24 of the lease. Please be advised that the Option to Purchase the Premises contained in paragraph 24 of the lease is non-assignable, and your client's attempt to exercise that option is invalid. In addition, I have seen no evidence that Citizens Bank & Trust timely exercised its option to extend the lease, and to the extent your client purports to have obtained an assignment of the lease from the FDIC, I do not believe your client timely exercised its right to assume the lease under the Purchase and Assumption Agreement.

I am also in receipt of your letter dated April 27, 2012, wherein your client has withdrawn the exercise of its option to renew the lease for an additional 5-year term. Based on the above, the existing lease term will expire on September 30, 2012, and I expect your client to vacate the premises and surrender possession immediately. Should your client fail to surrender the premises, I reserve the right to seek possession of the property through a forcible entry and detainer action, or to treat your client as a holdover tenant at double the rent pursuant to paragraph 12 of the lease. As Trustee, I expressly reserve all rights and remedies.

LAW OFFICES
FIGLIULO & SILVERMAN

Page -2

Please discuss this with your client and respond accordingly. If you have any questions, please call me.

Respectfully,

Michael K. Desmond, Trustee