Form B 250A (2/11)rj

# United States Bankruptcy Court
## Northern District Of Illinois

In re **R&G Properties**   ) Case No. **09 B 37463**
Debtor   )
) Chapter **11**
**Republic Bank of Chicago**   )
Plaintiff   )
)
v.   ) Adv. Proc. No. _____
**Michael K. Desmond, et al**   )
Defendant   )

## SUMMONS IN AN ADVERSARY PROCEEDING

To: Michael K. Desmond, 10 S. LaSalle Street, Suite 3600 Chicago, IL 60603

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  219 S. Dearborn
Chicago, IL 60604

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: Edward P. Freud
222 N. LaSalle Street, Suite 700
Chicago, IL 60601

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| Address | Room |
|---|---|
|  | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_Kenneth S. Gardner_  (Clerk of the Bankruptcy Court)

Date: _____   By: _____   (Deputy Clerk)