Form B 250A (2/11)rj

# United States Bankruptcy Court

| Northern | District Of | Illinois |
|---|---|---|

In re     **R&G Properties**     )    Case No.    09 B 37463
<br>        Debtor      )

)    Chapter    11

**Republic Bank of Chicago**    )
<br>      Plaintiff     )

v.       )    Adv. Proc. No.
<br>**Michael K. Desmond, et al**    )
<br>      Defendant     )

## SUMMONS IN AN ADVERSARY PROCEEDING

To: Delta Trading Company, Inc., c/o Chaim Kohanchi, 2701 Kildare Ave., Chicago, IL 60639

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

     Address of the clerk:   219 S. Dearborn
<br>                         Chicago, IL 60604

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

     Name and Address of Plaintiff's Attorney:   Edward P. Freud
<br>                                         222 N. LaSalle Street, Suite 700
<br>                                         Chicago, IL 60601

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| Address | Room |
|---|---|
| | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                         **Kenneth S. Gardner**    (Clerk of the Bankruptcy Court)

Date: _____    By: _____    (Deputy Clerk)